# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 4, 2004

Clerk
United States Court of Appeals for the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
OCT 1 2 2004
NEW ORLEANS, LA

Re: Terry L. Priester, Jr.
v. Lowndes County, Mississippi School District, et al.
No. 03-10240
(Your No. 02-60750)

U. S. COURT OF APPEALS
**FILED**
NOV - 1 2004
CHARLES R. FULBRUGE III
CLERK

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk